UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VHS ACQUISITION SUBSIDIARY
NUMBER 7, INC. d/b/a SAINT VINCENT
HOSPITAL, a Delaware corporation,

    Plaintiff,

vs.                         Case No. 8:12-cv-00032-T-27EAJ

MSS CONSULTING SERVICES, INC.,
a dissolved Florida corporation, *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge (Dkt. 63) recommending that Defendant James M. Rexroat's Motion to Set Aside Judgment (Dkt. 27) be denied. No party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation (Dkt. 63) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) Defendant James M. Rexroat's Motion to Set Aside Judgment (Dkt. 27) is **DENIED**.

**DONE AND ORDERED** this 26th day of November, 2012.

                                  JAMES D. WHITTEMORE
                                  United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties